In the Matter of the Judicial Settlement of the Accounts of
ELIZA WESLEY, as Executrix, etc.

(Argued October 25, 1892; decided November 29, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of January, 1892, which affirmed a
judgment entered upon a decree of the surrogate of Erie
county settling the account of Eliza Wesley, as executrix of
the last will and testament of Benjamin Strickland, deceased.

*Howard & Clark* for appellants.

*Herbert P. Bissell* for De Veaux College, respondent.

*William B. Hoyt* for Church Corporations, respondents.

*George Gorham* for Home for the Friendless, respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

LILLIE BURLEIGH REID, as Executrix, etc., Respondent, *v.* THE
NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COM-
PANY, Appellant.

(Argued October 25, 1892; decided November 29, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 18, 1892, which overruled exceptions taken by
defendant and ordered judgment for plaintiff on a verdict.

*Henry W. Taft* for appellant.

*Flamen B. Candler* and *Egerton L. Winthrop, Jr.,* for
respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.